

# Fourth Court of Appeals
## San Antonio, Texas

August 27, 2014

No. 04-14-00483-CV

Rowland **MARTIN**, Jr.,
Appellant

v.

Edward **BRAVENEC**, and The Law Office of Mcknight and Bravenec,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-07644
Honorable Dick Alcala, Judge Presiding

# O R D E R

On July 29, 2014, this appeal was abated to the trial court for a hearing to consider appellant's indigence and to determine whether this appeal is frivolous. *See* TEX. CIV. PRAC. & REM. CODE § 13.003. On August 14, 2014, the trial court signed an order sustaining the contests to appellant's affidavit of indigence.[1]   It is therefore ORDERED that this appeal is REINSTATED on the docket of this court.

On August 26, 2014, appellant filed a notice of his intent to appeal the trial court's order. Rule 20.1(j) of the Texas Rules of Appellate Procedure requires a party seeking review of a trial court's order sustaining a contest to file a motion challenging the order with the appellate court within ten days after the date the order sustaining the contest is signed.  TEX. R. APP. P. 20.1(j). Accordingly, appellant's motion challenging the trial court's order was required to have been filed by August 25, 2014.  Rule 20.1(j)(2) allows this court to extend the deadline for appellant to file the motion challenging the trial court's order if appellant files a motion complying with Rule 10.5(b), which requires appellant to state facts relied on to reasonably explain the need for an extension.  TEX. R. APP. P. 10.5(b)(1)(C).  It is therefore ORDERED that appellant must file a motion in compliance with Rule 10.5(b)(1)(C) no later than **September 3, 2014**, or his motion challenging the trial court's order sustaining the contest will be denied.  *See Hill v. Reserve at Braes Forest*, No. 14-13-00212-CV, 2013 WL 3477323, at *1 (Tex. App.—Houston [14th Dist.] July 9, 2013, no pet.) (mem. op.) (noting motion challenging trial court's order sustaining contest

---

[1] The trial court's findings of fact and conclusions of law state that the contestants "reserved their right to a hearing on the issue of whether the appeal filed by [appellant] is frivolous should there be a later determination that he is indigent."

was denied by appellate court after appellant did not file motion to extend time to file motion challenging trial court's order).

The clerk's record containing the trial court's order and findings of fact and conclusions of law was filed on August 19, 2014; however, the reporter's record of the hearing on the contest has not been filed. It is therefore ORDERED that the reporter's record be filed in this appeal no later than **September 3, 2014.** *See* TEX. R. APP. P. 20.1(j)(3) (requiring record to be filed within three days after motion challenging order is filed).

**NO EXTENSIONS OF TIME WILL BE GRANTED WITH REGARD TO THE DEADLINES SET FORTH IN THIS ORDER.** *See* TEX. R. APP. P. 20.1(j)(4).

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court